# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>**GUNNER JOSEPH FISHER**<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-mj-1317 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **GUNNER JOSEPH FISHER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) - communicating a threat in interstate commerce

Date: December 18, 2024

_Issuing officer's signature_

City and state: Nashville, TN

Barbara D. Holmes, United States Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 12/18/2024, and the person was arrested on _(date)_ 12/19/2024
at _(city and state)_ Clarksville, TN.

Date: 12/19/2024

_Arresting officer's signature_

Christopher R. Potts, FBI SA
_Printed name and title_