
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00010 |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| GUNNER JOSEPH FISHER | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between on or about November 28, 2024, and on or about December 6, 2024, in the Middle District of Tennessee and elsewhere, the defendant, **GUNNER JOSEPH FISHER**, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, specifically, messages with Recipient 1 over Snapchat containing threats to commit an act of mass violence at a mosque in Davidson County, Tennessee.

In violation of Title 18, United States Code, Section 875(c).

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about November 29, 2024, and on or about December 13, 2024, in the Middle District of Tennessee and elsewhere, the defendant, **GUNNER JOSEPH FISHER**, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, specifically, messages with Recipient 2 in a chat titled "sigma 2:3" containing threats to commit an act of mass violence at a mosque in Davidson County, Tennessee.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

███████████
FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

_____
ZACHARY T. HINKLE
ASSISTANT UNITED STATES ATTORNEY

_____
EMILY E. PETRO
ASSISTANT UNITED STATES ATTORNEY