UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00010 |
| | ) | CHIEF JUDGE CAMPBELL |
| GUNNER JOSEPH FISHER | ) | |

### MOTION TO AUTHORIZE HOLIDAY TRAVEL

Through counsel, Mr. Fisher asks the Court to authorize a short trip with his parents over the holiday season. In support of this motion, Mr. Fisher would show as follows:

1. Gunner Fisher's father, Daniel Fisher, has a holiday trip to San Diego that is organized and paid for by his employer. The trip involves flying directly to and from San Diego, flying out on December 18, 2025, and returning on December 22, 2025. The family would stay at the Marriott Marquis San Diego Marina hotel, along with Mr. Fisher's other co-workers. Because this trip was provided through Daniel Fisher's company, the tickets and hotel rooms have already been purchased. Flight details and room reservations have been provided to Officer Bolton.

2. Gunner Fisher has been on house arrest, with his parents as third-party custodians, since June 2, 2025. (Doc. No. 50.) Over the past six-plus months, he has conscientiously followed every condition and requirement of his release. According to United States Pretrial Officer Alex Bolton, Mr. Fisher and his family have been communicative, cooperative, and compliant with all requests. Officer

Bolton notes that there have been no problems with Mr. Fisher, and he has no concerns about Mr. Fisher's performance.

3. Undersigned counsel has consulted with Officer Bolton regarding the proposed travel. Officer Bolton has no objections to the travel as long as conditions are imposed requiring the defendant to remain in the presence of a parent and avoid any mosques or Islamic centers.

4. Mr. Fisher asks that he be allowed to travel to San Diego between December 18 and December 22, 2025, with the following conditions:

    a. Mr. Fisher will remain in the physical presence of one of his parents at all times during the trip, including overnight.

    b. Mr. Fisher will avoid contact with any mosques or Islamic centers. He must not enter the Grant Hill, Logan Heights, or Southcrest neighborhoods.[1] The boundaries of the prohibited area are Highway CA-94 on the north, Highway I-805 to the east, Division Street to the south, and Highway I-5 to the west. The area to be avoided is outlined in red on the map provided in Attachment 1.

    c. Mr. Fisher will remain on electronic monitoring and will report to Pretrial by phone at least once a day.

---

[1] Using internet tools, undersigned counsel has located two mosques/Islamic centers in San Diego. The mosques/Islamic centers are located in the referenced neighborhoods. Neither Mr. Fisher nor his family know or have any reason to know the precise locations of these properties.

    d. Mr. Fisher will comply with all other original conditions of release, including abstaining from alcohol and any non-prescription drugs or controlled substances.

  5. Mr. Fisher is willing to comply with any additional conditions that may be suggested by the government or the Court.

  6. Undersigned counsel has communicated with Assistant United States Attorneys Zachary Hinkle and Emily Petro regarding the proposed travel. The government is opposed to Mr. Fisher's request.

              Respectfully submitted,

              s/ *Mary Kathryn Harcombe*
              MARY KATHRYN HARCOMBE
              Assistant Federal Public Defender
              810 Broadway, Suite 200
              Nashville, TN 37203
              615-736-5047
              E-mail: MaryKathryn_Harcombe@fd.org

              Attorney for Gunner Joseph Fisher

### CERTIFICATE OF SERVICE

  I hereby certify that on December 12, 2025, I electronically filed the foregoing *Motion to Authorize Holiday Travel* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Zachary Hinkle and Emily Petro, Assistant U.S. Attorneys, 719 Church Street, Suite 3300, Nashville, TN 37203.

              s/ *Mary Kathryn Harcombe*
              MARY KATHRYN HARCOMBE