Google Maps        San Diego



Imagery ©2025 , Map data ©2025 Google, INEGI   2000 ft