IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-CR-00010 |
| | ) | |
| GUNNER JOSEPH FISHER | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO AUTHORIZE HOLIDAY TRAVEL

The United States of America, by and through Robert E. McGuire, First Assistant United States Attorney for the Middle District of Tennessee, and Zachary T. Hinkle and Emily E. Petro, Assistant United States Attorneys, hereby responds to the defendant's motion for a modification of his conditions of release that would permit him to take a family vacation to San Diego, California, on December 18, 2025.

The Defendant has pleaded guilty to two counts of communicating threats to injure the person of another, specifically, threats to carry out an act of mass violence at a Nashville-area mosque. The Defendant communicated these threats to more than one person, and he was active in various online communities that extol the perpetrators of mass violence. That is why the U.S. Magistrate Judge prohibited the Defendant from having any contact with anyone in the "true crime" community (D.E. 50, PageID #108), a condition to which he is still subject.

The Defendant was detained temporarily for several months in light of the disturbing and graphic nature of the threats he made and over serious concerns about his mental health. The parties litigated the propriety of his detention over several hearings, and the Defendant was eventually released to an inpatient mental health facility. His diagnoses, and the delicate nature of his mental health, have been the subject of extensive litigation and careful rulings. To that end, after he

completed inpatient treatment, the Defendant was released to the custody of his parents, in large part so that he could most effectively receive intensive outpatient mental health treatment.

In light of this background, the United States cannot consent to the Defendant going on a holiday trip to another city in another State on the other side of the country. The unknown variables are nearly too many to mention. How many people are on this trip? Do they know the conditions of his release? What sort of electronic devices will he have access to? Will there be any devices in the hotel room? The Defendant proposes that he be in the presence of a parent at all times, but do they know the technological specifics of the hotel room and facility and what sort of internet access each device might have? What are the circumstances of any proposed outings – how many people will be there and what sort of devices will be available? What sort of other groups might attend any such outing?

Perhaps the most concerning aspect of this proposal is made clear in the motion itself. The Defendant's Pretrial Services Officer has consented to this trip so long as the Defendant "avoid[s]" any mosque. That is a sensible limitation, and one that defense counsel has admirably attempted to satisfy by, it appears, Googling mosques in San Diego and agreeing that the Defendant will stay out of a large area where the mosques might be. But even these efforts make unmistakably clear the lack of familiarity that all relevant parties have with the city—including the government, defense counsel, pretrial services, the Defendant, and his parents. And that lack of familiarity over the holiday season in a case that involves a defendant in a delicate mental state on significant restrictions, in the government's view, creates a serious risk that the Defendant will relapse either in the troubled thinking that underlay these threats or in finding a way to access this "true crime" community he has been barred from contacting.

For these reasons, the United States respectfully opposes the Defendant's motion to authorize holiday travel.

Respectfully submitted,

ROBERT E. McGUIRE
First Assistant United States Attorney
Middle District of Tennessee

*/s/ Zachary T. Hinkle*
ZACHARY T. HINKLE
EMILY E. PETRO
Assistant United States Attorney
719 Church St., Ste. 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed a copy of the United States' Response to Defendant's Motion to Authorize Holiday Travel with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the defendant.

*/s/ Zachary T. Hinkle*
ZACHARY T. HINKLE
Assistant United States Attorney