# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:25-cr-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| GUNNER JOSEPH FISHER ) | |

## ORDER

Pending before the Court is Defendant Gunner Fisher's Motion to Authorize Holiday Travel. (Doc. No. 62). Defendant seeks permission to travel with his parents to San Diego, California, where his father will be attending a work-related conference on December 18-22, 2025. Defendant states that he has followed all terms of release and that his Pretrial Services Officer does not oppose the request to approve travel as long as conditions are imposed requiring the defendant to remain in the presence of a parent and to avoid any mosques or Islamic centers. The Government objects to Defendant's request to travel to San Diego. (Doc. No. 63).

On May 29, 2025, Defendant pled guilty to two counts of communicating threats to injure the person of another, specifically, threats to carry out an act of mass violence at a Nashville-area mosque. Following a period of time in custody and treatment at an in-patient mental health facility, Defendant was released to the custody of his parents. He is restricted to home incarceration, which requires 24-hour-a-day lock down at his residence and its curtilage except for specific activities, many of which must be approved in advance by Pretrial Services and accompanied by a third-party custodian.

The stringent release conditions reflect the seriousness of the offense and consideration

of Defendant's mental health. Travel out of the district to an unfamiliar city during the holiday season carries with it a number of unknown variables concerning the people Defendant will encounter and the activities he may participate in. It appears that approval of such travel would be ill-advised. The Court is not persuaded that monitoring and supervision comparable to that received in the District, are possible on such a trip. Accordingly, the motion to travel (Doc. No. 62) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE