**IN THE UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **3:25-cr-00010** |
| | ) | **JUDGE CAMPBELL** |
| **GUNNER JOSEPH FISHER** | ) | |

## ORDER

The Court received Defendant's Supplemental Sentencing Memorandum (Doc. No. 78) on April 23, 2026, the day before the scheduled sentencing hearing. Under LCrR 32.01 (e)(f), filings are due by no later than three (3) days before the sentencing hearing, unless ordered otherwise by the Court, and this Court required filings to be submitted seven (7) days before the hearing (see Doc. No. 71). The sentencing hearing in this case is CONTINUED to May 6, 2026, at 9:00 a.m. Should the Government wish to respond to the supplemental sentencing memorandum, responses are due no later than May 1, 2026. Counsel is cautioned to comply with the Local Rules and Orders of the Court.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE